UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 13, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA, )
)  Case No. CR.S-02-0218-LKK
      Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
DONALD PAUL WALKER, )
)
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DONALD PAUL WALKER , Case No. CR.S-02-0218-LKK  , Charge  SUPERVISED RELEASE VIOLATION  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 13, 2006  at 2:00 p.m.

                By  /s/ Gregory G. Hollows
                     Gregory G. Hollows
                     United States Magistrate Judge

Copy 5 - Court